# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHLOMO OHANA,

      Petitioner,

                                     Case No: 07-12313

v.                                            Hon. Lawrence P. Zatkoff

THOMAS BELL,

      Respondent.

_____/

## ORDER

      This matter is before the Court on Petitioner's motion for a certificate of appealability [dkt 18], Petitioner's application to proceed *in forma pauperis* on appeal [dkt 19].

      In its January 7, 2009, order, the Court denied Petitioner's petition for writ of habeas corpus and further declined to issue Petitioner a certificate of appealability, finding that reasonable minds would not debate the Court's conclusion.  As the Court has already declined to issue a certificate of appealability, the Court DENIES Petitioner's motion.

      Having reviewed Petitioner's application, however, the Court finds that Petitioner's appeal is not frivolous and is taken in good faith.   *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).  Accordingly, IT IS HEREBY ORDERED that Petitioner's application to proceed *in forma pauperis* on appeal is GRANTED.

      IT IS SO ORDERED.

                                      S/Lawrence P. Zatkoff_____
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 16, 2009.

S/Marie E. Verlinde
Case Manager
(810) 984-3290